IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Robert Friedman

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Morris and Phyliss Friedman Self Help Community Services

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. CV 22-00978
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED FEB 22 2022 PRO SE OFFICE

KOMITEE, J.

CHO, M.J.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Friedman
Street Address: 400 Robinwood Avenue
City and County: Columbus, OHIO
State and Zip Code: 43213
Telephone Number: 614-256-8466
E-mail Address: friedmanrobbi@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Morris Friedman
Job or Title (if known):
Street Address: 67 Tall Oaks Drive
City and County: East Brunswick, New Jersey
State and Zip Code: 08816
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Phyliss Friedman
Job or Title (if known):
Street Address: 67 Tall Oaks Drive
City and County: East Brunswick, New Jersey
State and Zip Code: 08816

2

State and Zip Code  08816
Telephone Number  _____
E-mail Address  _____
(if known)

Defendant No. 3
Name  Self Help Community Services
Job or Title
(if known)
Street Address City  1523 Avenue M.
and County State  Brooklyn, N.Y
and Zip Code  11230
Telephone Number  _____
E-mail Address  _____
(if known)

Defendant No. 4
Name  _____
Job or Title  _____
(if known)
Street Address City  _____
and County State  _____
and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Robert Friedman__ is a citizen of the State of *(name)* __OHIO__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* __Morris__, is a citizen of the State of *(name)* __New Jersey__. Or is a citizen of *(foreign nation)* _____.

Defendant Phyliss Friedman is a citizen of New Jersey

4

b. If the defendant is a corporation

The defendant, (name) **Self Help Community Services**, is incorporated under the laws of the State of (name) **New York**, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): **5 Million dollars**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In August, 2021 as I was visiting my cousin Marc Tawil, Marc Smittled to me that Morris told him that he, his wife, Phyliss will work together with Self help Community Services to obstruct justice to illegaly lock me up in a mental hospital as they did in 2to2010 because they have illegal access to my Social Security number, they will illegaly lock me up if I contest MY aunt Clara Fischer's will and estate. Morris told the him that in 2012 but to Marc admitted it to me in August, 2021

5

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I am seeking 5 Million dollars from all of the defendants joint and several libality for intentional infliction of emotional distress for planning to obstruct Justice to illegaly have me locked up in a 20;fft contest my aunt's will and estate*

V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff      *Robert Friedman*
Printed Name of Plaintiff   *Robert Friedman*

6